UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:22-cv-00095

JANET HOYT,

    Plaintiff,

vs.

ROSS DRESS FOR LESS, INC.,

    Defendant.

_____/

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff, Janet Hoyt, and Defendant, Ross Dress for Less, Inc., pursuant to their prior notice of settlement and motion for court approval (Doc. #8), and the Court's subsequent Notice scheduling a hearing on same (Doc. #9), have elected to waive the condition of court approval/reservation of jurisdiction, and therefore now stipulate, *unconditionally*, to dismissal of this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and without any award of attorneys' fees and costs to either party.

Dated: May 13, 2022

| | |
|---|---|
| /s/  *Stefan D. John* | /s/ *Courtney B. Wilson* |
| Stefan D. John, Esq. | Courtney B. Wilson |
| Florida Bar No.: 1018090 | Fla. Bar No. 0614580 |
| E-Mail: stefan@jswlawyer.com | LITTLER MENDELSON, P.C. |
| Weiss Law Group, P.A. | Wells Fargo Center |
| 5531 N. University Drive, Suite 103 | 333 SE 2nd Avenue, |
| Coral Springs, FL 33067 | Suite 2700 |
| Telephone: (954) 573-280 | Miami, FL 33131 |
| Facsimile: (954) 573-2798 | Telephone: 305.400.7500 |
| | Facsimile: 305.603.2552 |
| | Primary Email: cwilson@littler.com |
| | Secondary Email: ergarcia@littler.com |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 13th day of May, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice to all counsel of record.

By: /s/ *Courtney B. Wilson*
Courtney B. Wilson