# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JANET HOYT,

    Plaintiff,

v.                                     Case No.   3:22-cv-95-MMH-JBT

ROSS DRESS FOR LESS INC.,
a/k/a Ross Dress for Less, Inc.,
d/b/a Ross Dress for Less,

    Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Stipulation for Dismissal With Prejudice (Dkt. No. 10; Stipulation) filed on May 13, 2022. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

    1.    This case is **DISMISSED with prejudice**.

    2.    Each party shall bear its own attorneys' fees and costs.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 16th day of May, 2022.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record